PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

KIMBERLY MARKS,                          )
                                         )      CASE NO.  1:25CV2279
                Plaintiff,               )
                                         )
        v.                               )      JUDGE BENITA Y. PEARSON
                                         )
FRANK BISIGNANO,                         )
COMMISSIONER OF                          )
SOCIAL SECURITY,                         )
                                         )      **MEMORANDUM OF OPINION**
                Defendant.               )      **AND ORDER**


An Administrative Law Judge ("ALJ") denied Plaintiff Kimberly Marks' application for supplemental security income ("SSI") after a hearing in the above-captioned case.  That decision became the final determination of the Commissioner of Social Security when the Appeals Council denied the request to review the ALJ's decision.  The claimant sought judicial review of the Commissioner's decision, and the Court referred the case to Magistrate Judge Jonathan D. Greenberg for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.2(b)(1).  On June 25, 2026, the magistrate judge submitted a Report (ECF No. 9) recommending that the Court affirm the Commissioner's decision.

Fed. R. Civ. P. 72(b)(2) provides that objections to a report and recommendation must be filed within 14 days after service.  Objections to the magistrate judge's Report were, therefore, due on July 9, 2026.  Neither party has filed objections, evidencing satisfaction with the magistrate judge's recommendations.  Any further review by this Court would be a duplicative

(1:25CV2279)

and inefficient use of the Court's limited resources.  *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human Services*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the Report and Recommendation of the magistrate judge is hereby adopted. The decision of the Commissioner of Social Security is affirmed.  Judgment will be entered in favor of Defendant.

IT IS SO ORDERED.

   July 10, 2026   
Date

   */s/ Benita Y. Pearson*   
Benita Y. Pearson
United States District Judge

2